IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01348-WYD-KLM

CARLA WOODS,

    Plaintiff,

v.

DELTA OUTSOURCE GROUP, INC., a Missouri corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, it is hereby

ORDERED that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

Dated:  July 31, 2013

                            BY THE COURT:

                            /s/ Wiley Y. Daniel
                            WILEY Y. DANIEL,
                            SENIOR UNITED STATES DISTRICT JUDGE